# IN THE COURT OF APPEALS OF IOWA

No. 24-0354
Filed February 5, 2025

**JOHN BERMAN,**
　　　　Plaintiff-Appellant,

**vs.**

**MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY,**
　　　　Defendant-Appellee.
_____

　　　　Appeal from the Iowa District Court for Polk County, David Nelmark, Judge.


　　　　A California resident appeals the dismissal of his civil cause of action for extortion against an insurance company. **AFFIRMED.**



　　　　John Berman, Cedar Rapids, self-represented appellant.

　　　　David L. Brown of Hansen, McClintock & Riley, Des Moines, for appellee.


　　　　Considered by Tabor, C.J., and Chicchelly and Sandy, JJ.

**TABOR, Chief Judge.**

John Berman appeals an order dismissing his lawsuit against Minnesota Lawyers Mutual Insurance Company alleging civil extortion. We affirm the dismissal without opinion. Iowa R. App. P. 6.1203 (a), (d).

**AFFIRMED.**